UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE W. BARRETT,<br><br>Defendant. | No. 4:18-CR-06050-SMJ-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 47** |

Before the Court is Defendant's unopposed Motion to Modify Conditions of Release (ECF No. 47). For the reasons set for the in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Modify Conditions of Release (ECF No. 47) is GRANTED.

2. Special Condition of Release No. 13, as previously imposed at ECF No. 18, shall be STRICKEN and REPLACED with the following: Defendant shall be restricted to his approved residence every day from 10:00 PM to 6:00 AM.

DATED June 3, 2019.

      *s/Mary K. Dimke*
      MARY K. DIMKE
    UNITED STATES MAGISTRATE JUDGE

ORDER - 1