FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BRUCE W. BARRETT,<br><br>                Defendant. | No. 4:18-CR-06050-SMJ-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 67** |

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 67. Neither the United States, nor the United States Probation/Pretrial Services Office oppose the motion. Specifically, Defendant requests that the Court modify Special Condition No. 13, which imposes a curfew from 10:00 PM to 6:00 AM, to allow Defendant to work night shifts. ECF Nos. 18, 47. For the reasons set forth in the motion;

**IT IS HEREBY ORDERED:**

1. The Motion to Modify Conditions of Release (**ECF No. 67**) is **GRANTED**.

ORDER - 1

2. Special Condition No. 13 (**ECF No. 47**) shall be **MODIFIED** to allow Defendant to work during curfew hours (10:00 PM to 6:00 AM) as approved by the United States Probation/Pretrial Services Office. The curfew will otherwise remain in effect on nights that Defendant is not working.

3. All other conditions of release shall remain in effect.

DATED October 15, 2019.

<u>*s/Mary K. Dimke*</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 2