PROB 12C
(6/16)

Report Date: January 8, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bruce W A Barrett             Case Number: 0980 4:18CR06050-SAB-1

Address of Offender: ▆▆▆▆▆ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 27, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1) | | |
| Original Sentence: | Prison - 60 months;<br>TSR - 240 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | July 26, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | July 25, 2043 |

## PETITIONING THE COURT

To issue a summons.

On July 26, 2023, the undersigned officer reviewed with Mr. Barrett the conditions of supervised release, he signed a copy of his conditions, and verbalized understanding his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #25**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or about November 5, 2023.<br><br>On November 8, 2023, Mr. Barrett submitted a urine sample at the U.S. Probation Office that was presumptive positive for marijuana. Mr. Barrett admitted his use verbally and completed the drug use admission form indicating he last used on November 5, 2023. On November 14, 2023, the lab report confirmed the urine sample was positive for marijuana. |

Prob12C
Re: **Barrett, Bruce W A**
January 8, 2024
Page 2

| | |
|---|---|
| 2 | **Special Condition #25**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or about November 11 to December 24, 2023.

On December 27, 2023, Mr. Barrett reported to the probation office as instructed. During this office visit, Mr. Barrett self admitted to the undersigned officer that he has been smoking hemp, which contained tetrahydrocannibol (THC), since on or about November 11, to December 24, 2023. Mr. Barrett further self admitted that his hemp use increased from every other day, to daily use. Mr. Barrett provided the undersigned officer the hemp jar during this office visit. The undersigned officer reviewed the hemp jar and noticed that the hemp Mr. Barrett has been consuming contained 10.03% cannabidiol (cbd) and <.3% THC.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 8, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*
Signature of Judicial Officer

1/9/2024
Date