PROB 12C  
(6/16)

Report Date: April 11, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Bruce W A Barrett | Case Number: 0980 4:18CR06050-SAB-1 |

Address of Offender: ▮▮▮▮▮▮▮ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 27, 2020

| | |
|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1) |
| Original Sentence: | Prison - 60 months; TSR - 240 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (02/15/2024) | Prison- 0 months; TSR- 240 months |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| | Date Supervision Commenced: July 26, 2023 |
| Defense Attorney: | Paul Shelton |
| | Date Supervision Expires: July 25, 2043 |

## PETITIONING THE COURT

To issue a summons.

On July 26, 2023, the undersigned officer reviewed with Mr. Barrett the conditions of supervised release, he signed a copy of his conditions, and verbalized understanding his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 25**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or about January 8 to 28, 2024. |
| | On February 20, 2024, the undersigned officer received a tetrahydrocannibol analysis (THCA) interpretation from Abbott Laboratory on the urine samples collected from Mr. Barrett on December 27, 2023; January 10, and February 1, 2024. Abbott Laboratory confirmed Mr. Barrett had new use after December 27, 2023, and prior to the collection on January 10, 2024; and again after January 10, 2024, and prior to the collection on February 1, 2024. |

Prob12C
Re: Barrett, Bruce W A
April 11, 2024
Page 2

On March 4, 2024, Mr. Barrett reported to the U.S. Probation Office as directed. The undersigned officer provided Mr. Barrett with the Abbott Laboratory THCA interpretation results, in which Mr. Barrett provided the following dates for his marijuana uses: January 8, 12, and 28, 2024.

| | |
|---|---|
| 2 | **Special Condition # 25**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or about February 11 to 26, 2024.

On March 4, 2024, Mr. Barrett reported to the U.S. Probation office as directed. Mr. Barrett submitted a urine sample at the U.S. Probation Office that was presumptive positive for marijuana. Mr. Barrett admitted his marijuana uses verbally with the following dates: February 11 and 26, 2024. On March 7, 2024, the lab report confirmed the urine sample taken on March 4, 2024, was positive for marijuana.

| | |
|---|---|
| 3 | **Special Condition # 25**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or about March 2 to 3, 2024.

On March 4, 2024, Mr. Barrett reported to the U.S. Probation Office as directed. Mr. Barrett submitted a urine sample at the U.S. Probation Office that was presumptive positive for marijuana. Mr. Barrett admitted his marijuana uses verbally with the following dates: March 2 and 3, 2024. On March 7, 2024, the lab report confirmed the urine sample taken on March 4, 2024, was positive for marijuana.

| | |
|---|---|
| 4 | **Special Condition # 23**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability. |

**Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by being unsuccessfully discharged from sex offender treatment program, on or about March 19, 2024.

On March 19, 2024, the undersigned officer received a termination report from Mr. Barrett's certified sex offender treatment therapist, Matthew Cummings, at Riverview Counseling & Consulting in Richland, Washington. Mr. Barrett was terminated from this program due to not following the provider's recommendations regarding his sexual behavior, lying in

    treatment about his drug use, not making it to his appointments on time or at all, not completing his treatment work at an acceptable level, and being in non-compliance for 2 months in a row. Mr. Barrett has not reentered sex offender treatment since his termination.

5    **Special Condition # 25**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or about March 20, 2024.

    On March 20, 2024, Mr. Barrett reported to the U.S. Probation Office as directed. Mr. Barrett submitted a urine sample at the U.S. Probation Office that was presumptive positive for marijuana. Mr. Barrett denied any new use and indicated his last use was on March 3, 2024. On March 23, 2024, the lab report confirmed the urine sample was positive for marijuana.

    On March 25, 2024, the undersigned officer requested for a THCA interpretation to be completed by Abbott Laboratory on the urine samples collected on Mr. Barrett on March 4 and 20, 2024, to confirm if Mr. Barrett had a new use.

    On April 11, 2024, the undersigned officer received a THCA interpretation from Abbott Laboratory on the urine samples collected from Mr. Barrett on March 4 and 20, 2024. Abbott Laboratory confirmed Mr. Barrett had new use after March 4, 2024, and prior to the collection on March 20, 2024.

6    **Special Condition # 25**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or about March 27, 2024.

    On April 10, 2024, Mr. Barrett reported to the U.S. Probation Office as directed. Mr. Barrett submitted a urine sample at the U.S. Probation Office that was presumptive positive for marijuana. Mr. Barrett admitted to his use and indicated he last used on March, 27, 2024. The urine sample was sent to Abbott Laboratory on this date for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

                                  I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 11, 2024

                                        s/Jose Valencia

                                        Jose Valencia
                                        U.S. Probation Officer

Prob12C
Re: Barrett, Bruce W A
April 11, 2024
Page 4

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/12/2024

Date