PROB 12C
(6/16)

Report Date: May 1, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 02, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bruce W A Barrett                     Case Number: 0980 4:18CR06050-SAB-1

Address of Offender: ▓▓▓▓▓▓ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: February 27, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A), (b)(1) | | |
| Original Sentence: | Prison - 60 months;<br>TSR - 240 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(02/15/2024) | Prison- 0 months;<br>TSR- 240 months | | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | July 26, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | July 25, 2043 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/11/2024.

On July 26, 2023, the undersigned officer reviewed with Mr. Barrett the conditions of supervised release, he signed a copy of his conditions, and verbalized understanding his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 25**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or about April 13, 2024. |
| | On April 29, 2024, Mr. Barrett reported to the U.S. Probation Office as directed. Mr. Barrett submitted a urine sample at the U.S. Probation Office that was presumptive positive for marijuana. Mr. Barrett verbally admitted his marijuana use and completed the drug use admission form indicating he used on April 13, 2024. The urine sample was sent to the contracted laboratory and results are pending. |

Prob12C
Re: Barrett, Bruce W A
May 1, 2024
Page 2

| | 8 | **Special Condition # 25**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Barrett is considered to be in violation of his term of supervised release by having used a controlled substance, marijuana, on or about April 17, 2024.

On April 29, 2024, Mr. Barrett reported to the U.S. Probation Office as directed. Mr. Barrett submitted a urine sample at the U.S. Probation Office that was presumptive positive for marijuana. Mr. Barrett verbally admitted his marijuana use and completed the drug use admission form indicating he again used marijuana on April 17, 2024. The urine sample was sent to the contracted laboratory and results are pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 1, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/2/2024
Date